UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JEFFERSON PARISH | CIVIL ACTION |
| VERSUS | NUMBER: 18-5257 |
| EXXON MOBIL CORPORATION, ETC., ET AL | SECTION: "F"(4) |

**ORDER**

It has been brought to the court's attention that the above captioned matter is related to Civil Action No. 13-6717, Jefferson Parish, etc. vs. Exxon Mobil Corporation, et al, previously allotted to Section "G" of this Court.

Accordingly,

**IT IS ORDERED** that this matter is hereby transferred to Section "G" (5) for further proceedings.

New Orleans, Louisiana, this 29th day of May 2018.

Martin L. C. Feldman

MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE

5/30/18
TRANSFERRED TO
**SECT. G MAG 5**