**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JEFFERSON PARISH** | **CIVIL ACTION** |
| **VERSUS** | **NO: 18-05257** |
| **EXXON MOBIL CORPORATION ET AL** | **SECTION: "F" (4)** |

**RECUSAL ORDER**

The undersigned Chief Magistrate Judge recuses herself from handling the above-captioned case pursuant to 28 U.S.C. § 455(a).

The Clerk of Court is **ORDERED** to reallot the above captioned case to another Magistrate Judge other than Magistrate Judge 4.

New Orleans, Louisiana, this 30th day of May 2018

**KAREN WELLS ROBY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

5/30/18
REALLOTTED TO
**SECT. G MAG 5**