**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**THE PARISH OF JEFFERSON**  * **CIVIL ACTION NO. 2:18-cv-05257**
                            *
**VERSUS**                  * **JUDGE BROWN**
                            *
**EXXON MOBIL CORPORATION., et al.**  * **MAGISTRATE JUDGE NORTH**
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## O R D E R

Considering the forgoing motion,

IT IS ORDERED that the stay order previously entered by this Court be lifted only for the

limited purpose of allowing Plaintiff and Plaintiffs-Intervenors to file a motion for remand within

30 days of the notice of removal.

New Orleans, Louisiana, this 14th day of June, 2018.

NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT