**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **THE PARISH OF JEFFERSON** | * | **CIVIL ACTION NO. 2:18-cv-05257** |
| | * | |
| **VERSUS** | * | **JUDGE BROWN** |
| | * | |
| **EXXON MOBIL CORPORATION., et al.** | * | **MAGISTRATE JUDGE NORTH** |

*****************************************

## ORDER

Considering the foregoing motion for leave;

**IT IS HEREBY ORDERED** that plaintiff, the Parish of Jefferson, plaintiff-intervenor, the State of Louisiana, through the Louisiana Department of Natural Resources, Office of Coastal Management, and its Secretary, Thomas F. Harris; and plaintiff-intervenor, the State of Louisiana ex rel. Jeff Landry, Attorney General,  are granted leave to file a joint memorandum in support of their motions for remand not to exceed fifty pages in length.

New Orleans, Louisiana on the __18th__ day of June, 2018.


NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT