**Appendix 1**

| No. | Case Name | Docket Number | District | District Judge |
|---|---|---|---|---|
| 1 | Board Of Commissioners Of The Southeast Louisiana Flood Protection Authority—East et al. V. Tennessee Gas Pipeline Company, LLC et al. | 2:13-cv-5410. | ED La | Nannette Brown |
| 2 | Plaquemines Parish v. Rozel Operating Co., et al. | 2:18-cv-5189 | ED La | Lance Africk |
| 3 | Jefferson Parish v. Destin Operating Company, Inc., et al. | 2:18-cv-5206 | ED La | Eldon Fallon |
| 4 | Plaquemines Parish v. Hilcorp Energy Company, et al. | 2:18-cv-5210 | ED La | Lance Africk |
| 5 | Jefferson Parish v. Anadarko E&P Onshore LLC, et al. | 2:18-cv-5213 | ED La | Ivan Lemelle |
| 6 | Plaquemines Parish v. Exchange Oil & Gas Corp., et al. | 2:18-cv-5215 | ED La | Eldon Fallon |
| 7 | Plaquemines Parish v. Riverwood Production Company, et al. | 2:18-cv-5217 | ED La | Martin Feldman |
| 8 | Plaquemines Parish v. June Energy, et al. | 2:18-cv-5218 | ED La | Ivan Lemelle |
| 9 | Plaquemines Parish v. Equitable | 2:18-cv-5220 | ED La | Ivan Lemelle |
| 10 | St. Bernard v. Atlantic Richfield Co. et al | 2:18-cv-5222 | ED La | Carl Barbier |
| 11 | Jefferson Parish v. Chevron U.S.A. Holdings, Inc., et al. | 2:18-cv-5224 | ED La | Ivan Lemelle |
| 12 | Plaquemines Parish v. Great Southern Oil & Gas Company, Inc., et al. | 2:18-cv-5227 | ED La | Eldon Fallon |
| 13 | Plaquemines Parish v. Northcoast Oil Company, et al. | 2:18-cv-5228 | ED La | Jay Zainey |
| 14 | Plaquemines Parish v. ConocoPhillips Co., et al. | 2:18-cv-5230 | ED La | Ivan Lemelle |
| 15 | Plaquemines Parish v. Linder Oil Company, et al. | 2:18-cv-5231 | ED La | Susan Morgan |
| 16 | Plaquemines Parish v. Devon Energy Production Company, L.P. et al. | 2:18-cv-5234 | ED La | Carl Barbier |
| 17 | Plaquemines Parish v. Goodrich Petroleum Company L.L.C., et al. | 2:18-cv-5238 | ED La | Jay Zainey |

**Appendix 1**

| No. | Case Name | Docket Number | District | District Judge |
|---|---|---|---|---|
| 18 | Plaquemines Parish v. Apache Oil Corporation, et al. | 2:18-cv-5240 | ED La | Carl Barbier |
| 19 | Jefferson Parish v. Equitable Petroleum Corp, et al. | 2:18-cv-5242 | ED La | Eldon Fallon |
| 20 | Jefferson Parish v. Atlantic Richfield Company, et al. | 2:18-cv-5246 | ED La | Martin Feldman |
| 21 | Jefferson Parish v. Canlan Oil Company, et al. | 2:18-cv-5252 | ED La | Ivan Lemelle |
| 22 | Plaquemines Parish v. Total Petrochemicals & Refining USA, Inc., et al. | 2:18-cv-5256 | ED La | Jay Zainey |
| 23 | Plaquemines Parish v. BEPCO | 2:18-cv-5258 | ED La | Nannette Brown |
| 24 | Plaquemines Parish v. Palm Energy Offshore, L.L.C., et al. | 2:18-cv-5259 | ED La | Eldon Fallon |
| 25 | Plaquemines Parish v. Helis Oil & Gas Company, et al. | 2:18-cv-5260 | ED La | Ivan Lemelle |
| 26 | Plaquemines Parish v. Caskids | 2:18-cv-5262 | ED La | Jay Zainey |
| 27 | Plaquemines Parish v. HHE Energy Co., et al. | 2:18-cv-5263 | ED La | Martin Feldman |
| 28 | Plaquemines Parish v. Campbell Energy Corporation, et al. | 2:18-cv-5264 | ED La | Martin Feldman |
| 29 | Plaquemines Parish v. LLOG Exploration & Production Co. | 2:18-cv-5265 | ED La | Jay Zainey |
| 30 | Dinvaut, et al v. Cambridge Energy Corp., et al | 2:18-cv-5462 | ED La | Lance Africk |