# EXHIBIT
# 2

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

MDL DOCKET NO:  2856

IN RE:  Louisiana Coastal Zone Land Loss Litigation.

HEARING SESSION
July 26, 2018
Santiago E. Campos United States Courthouse
Aspen Courtroom, 2nd Floor
106 South Federal Place
Santa Fe, New Mexico

BEFORE THE PANEL ON MULTIDISTRICT LITIGATION

Sarah S. Vance, Chair (recused)
Marjorie O. Rendell (presiding)
R. David Proctor
Charles R. Breyer
Ellen Segal Huvelle
Catherine D. Perry

REPORTED BY: Mary Abernathy Seal, RDR, CRR, NM CCR 69
Bean & Associates, Inc.
Professional Court Reporting Service
201 Third Street, Northwest, Suite 1630
Albuquerque, New Mexico 87102

(614N) MAS

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com

2

A P P E A R A N C E S

For Chevron U.S.A. Inc., et al.:

       MS. ALEXANDRA WHITE
       Susman Godfrey LLP, Houston, Texas


For Parish of Cameron, et al.:

       MR. JOHN H. CARMOUCHE
       Talbot Carmouche & Marcello, Baton Rouge,
       Louisiana

For the State of Louisiana:

       MR. DONALD W. PRICE
       Louisiana Department of Natural Resources,
       Baton Rouge, Louisiana

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3

JUDGE RENDELL:  The next case is Docket Number 2856, In Re: Louisiana Coastal Zone Land Loss Litigation.  Judge Vance is recused.

Alexandra White.  Ms. White.

MS. WHITE:  May it please the Court, three reasons for centralizing these cases that I would like to emphasize are, first, the parties' briefing suggestion that both sides agree that the cases should be heard before a single judge.  The state and the parish have now proposed a Section 1404 transfer.  We disagree on that procedure because Section 1404 is not possible in this circumstance. That is because the Cameron Parish and Vermilion Parish cases, which are currently pending in the Western District of Louisiana, could not have originally been brought.  Venue is improper in the Eastern District of Louisiana.

JUDGE PERRY:  Can't you waive that?

MS. WHITE:  All parties would have to waive that, and that is my second point.  In order to accomplish a Section 1404 transfer here, there are 212 defendants that have been named across these cases.  All parties would have to consent to the transfer of the Western District cases to the Eastern District.  Included amongst those defendants

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4

are approximately 30 forum defendants who were added to the cases and who, as reflected in the JPML Panel's returns of service, have not been served, have not appeared, are unreachable, may be defunct or insolvent.  But under this particular circumstance with more than 200 parties at issue, we cannot accomplish a Section 1404 transfer.

JUDGE RENDELL:  It just seems like a complicated case.  But how is it that you have discovery that is common as to the facts?

MS. WHITE:  The discovery is not just common, Your Honor.  Thus far it has been identical.  No less than 50 discovery requests that have been served to date are verbatim, identical, across more than 20 cases.

JUDGE RENDELL:  Discovery requests.

MS. WHITE:  The cases are in their infancy, Your Honor.  No fact depositions have yet taken place.  No party has even completed its document production.

JUDGE PROCTOR:  Let me ask you this.  How do we square your position now with your position when there was a move under local Rule 3.1 to relate these cases in these individual --

MS. WHITE:  Two things have changed since

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

that early filing.  First, the State has now intervened to become a common plaintiff in all 42 cases.  And second, the State on April 30 issued a report that stakes out a uniform theory of retroactive liability, a theory for applying a 1980 coastal permitting law which, by its text, exempts activities lawfully commenced prior to 1980 to four common categories of mineral development activities that were commenced 50 years earlier.  Those four common categories of activities are alleged in the petitions in each of the 42 cases.

The State claims that these common activities -- dredging, earthen pit, lack of saltwater disposal wells, and drilling without controlling for pressure -- were contrary to, quote, "industry standard best practices," and were therefore in bad faith.  And it is on that basis that the State claims that it can apply.

JUDGE PROCTOR:  Let me ask you this, then. Why don't you revisit Rule 3.1 in the Eastern District, and talk to Judge Drell about either staying his cases or coordinating his cases with the Eastern District cases?

MS. WHITE:  There has been no offer to stay the Western District of Louisiana cases.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

JUDGE PROCTOR:  I'm asking why you don't explore that.

MS. WHITE:  Well, we are the defendants in these cases, and --

JUDGE PROCTOR:  And this is your motion.

MS. WHITE:  It is our motion, and thus far, the first issue which the plaintiffs have indicated they want to have resolved in expeditious fashion is remand.  The plaintiffs have not offered to stay that ruling, and Chief Judge Brown of the Eastern District of Louisiana, in her eight-page ruling staying the cases in order for this Panel to rule, noted that a primary benefit of coordination of these particular cases raising novel legal issues and common questions of fact is so that a single judge could decide the appropriateness of remand.

That question itself turns on common question of facts.  The remand issues are fact-laden.  One of the grounds on which we remove the cases involves federal officer jurisdiction; namely, the extent to which, since the cases are now about activities in the 1940s, '50s, '60s, and '70s -- the extent to which the federal government directed or controlled during a time of war, during World War II.

 

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

DEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7

JUDGE HUSELL:  -- centralized in order to figure out the remand issue.  Often judges decide when cases will be remanded.  So is there -- what other purpose would be served by having a centralization?

MS. WHITE:  Well, we expect the remand issue, the only reason I bring it up, itself may involve discovery, which will be common across the 42 cases where the fact issues are commonly raised.

JUDGE RENDELL:  You haven't answered why you don't go to Judge Drell and have all these cases brought to the same place in Louisiana.

MS. WHITE:  We can't -- Judge Drell is in the Western District.  So we cannot have the Western District of Louisiana cases transferred to the Eastern District of Louisiana.

JUDGE PROCTOR:  What you could do -- and I still haven't gotten an answer to this -- you could get them before one -- who asked to relate the cases under Rule 3.1 to begin with?

MS. WHITE:  All parties have now asked, Your Honor.  We have identified them all as related cases.

JUDGE PROCTOR:  But you opposed it.  Who moved for it?  When you initially opposed it, before

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

8

the revelation.

MS. WHITE:  Well, certain defendants filed an opposition to relatedness as the cases were originally pled.  And I should point out, Your Honor, that all of those pleadings have been found deficient by any Court who has ruled on whether the pleadings were deficient.

JUDGE PROCTOR:  Just as a matter of course, you indicate with your initial pleading of Rule 3.1 whether or not something is relatable.

MS. WHITE:  That's right.

JUDGE PROCTOR:  So it wasn't an affirmative motion or move by a plaintiff or anyone else to relate the cases?

MS. WHITE:  Well, in point of -- I don't recall, to be honest, Your Honor, whether the plaintiffs had originally at that time taken the position that the cases were related.  I do know that they opposed our notice of relatedness, and in that opposition said that there are common overlapping factual issues across all of the cases.

JUDGE PROCTOR:  But now everybody is back on board.

MS. WHITE:  That's right.

JUDGE PROCTOR:  It seems at least for the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

9

Eastern District cases, those can be related under 3.1.

MS. WHITE:  They have not been so, but we certainly take the position; that's correct.

JUDGE PROCTOR:  That's not what happened historically.  You don't know of anybody who opposes that; right?

MS. WHITE:  I'm not aware.

JUDGE PROCTOR:  So if you had all the cases in front of one judge in the Eastern District of Louisiana and all the Western District cases in front of Judge Drell, those two judges could coordinate; correct?  With Judge Drell's current status of his court, with the openings, I take it he'd be more than happy to do that.

MS. WHITE:  It would not solve, Your Honor -- it would not bring the same amount of efficiency, with more than 200 parties at issue, in accomplishing, for instance, discovery stipulation --

JUDGE RENDELL:  Well, you're assuming they wouldn't come to some common agreement as to how to run it.  And to your point, there are so many things going on, probably they would.

We'll hear from you on rebuttal.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

DEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

Let's hear from Mr. Carmouche.  Maybe he has an answer.

MR. CARMOUCHE:  I think I do.  May it please the Court, John Carmouche on behalf of all the parishes.  And we oppose the 1407 motion.

JUDGE RENDELL:  Can't you all just get along?

MR. CARMOUCHE:  Yes, Your Honor, and I want to set the record straight.  We have been cooperating and coordinating since 2013.

JUDGE PROCTOR:  What was your position on the Rule 3.1 relatedness?

MR. CARMOUCHE:  We filed it the first time, in 2013.  They filed the second -- the second time, they removed 42 cases.  After they removed it the second time, two days after they filed it, they filed for an MDL.  Not a phone call, no cooperation, after dealing with these people for five years.  So after knowing this Panel's desire to --

JUDGE PROCTOR:  Let's take personalities out of it and answer this question.  Why are you -- are you in favor, as we stand here today, of relating these cases in the Eastern District under 3.1.

MR. CARMOUCHE:  We are.  We sent an e-mail

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

saying we would agree to a 1404 transfer from the Western District to the Eastern District.  We've been cooperating through Chevron's lawyers to all the other defendants, and then we apply 3.1.1.  We actually gave them two options.  We could either go to the lowest docket on the first removal, which would be Judge Zainey, or we could go to the lowest docket of this removal, which would be Judge Africk.  They said no.  The e-mail says we think the MDL Panel is better fit to choose a judge.  That's the answer.  I have the e-mail.

JUDGE PERRY:  Do you agree that all -- that most of the discovery is going to be about what happened in the '40s and '50s and it will be common to all the cases?

MR. CARMOUCHE:  No, Your Honor.

JUDGE PERRY:  Why not?

MR. CARMOUCHE:  This case is about the state agencies enforcing regulations.  This is not a tort case or contract case.  There are 20,000 or 30,000 permit violations, permittees that are obtained or permits that were supposed to get.  So they are very unique in nature.  Every defendant has operations and wells that the experts looked at and will tell each defendant -- which they have asked

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

for -- each defendant what they did wrong under that permit, why they get a permit, so every 20,000 to 30,000 permits is unique.

JUDGE BREYER:  So I take it from the fact that you say there are all these unique aspects that if, let's say, we denied centralization, so you have the Eastern District, Western District, your position tells me -- so I don't suggest it -- that your position on whether you would agree or support a stay of all litigation in the Western District to allow the Eastern District to proceed -- what would be your position?

MR. CARMOUCHE:  We would agree, Your Honor.  That happened the first removal.  The first removal, the Western District waited.  The Eastern District, the judges actually got together and decided that Judge Zainey, the lowest docket, would actually hear the remand for the general purposes and then it would go to the other judges to decide the specific issues of each case.  It's already been done.  So as we stand here today, I mean --

JUDGE RENDELL:  It's working and it shouldn't be centralized?

MR. CARMOUCHE:  We haven't had one complaint -- there's been only one motion to compel

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


DEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

in five years, and we worked it out with Chevron.

And it was about general knowledge documents as to

discovery.  They agreed to have a special master

assigned to just their discovery, and we agreed.

JUDGE RENDELL:  So let's hear from

Mr. Price as to the State.  Thank you very much.

MR. PRICE:  Good afternoon.  May it please

the Panel.  Donald Price on behalf of the State of

Louisiana.  I am here to talk about why these cases

do not -- we have overwhelmingly common facts.  The

State of Louisiana's document production is

virtually complete as we sit here.  We have produced

over -- approximately the equivalent of 12 million

pages of electronic documents.  The bulk of that was

produced by the Department of Natural Resources,

which regulates both the oil and gas industry and

the coastal use program.  The DNR produced 135

gigabytes of information.  Eight gigabytes are

common across all 42 cases.  The other 127 gigabytes

are specific only to the Plaquemines Parish cases.

So we are going to have -- the overwhelming bulk of

the relevant documents are going to be related to

the individual cases, not to the overwhelming -- not

to the general questions that exist in this case.

So we don't think that it is particularly helpful,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

14

particularly since most of that document production,
if not finished, is near its end.

JUDGE RENDELL:  Would you agree with
Mr. Carmouche that it's moving forward?

MR. PRICE:  Absolutely.

JUDGE RENDELL:  Completely, or as it is
now?

MR. PRICE:  Absolutely.  We've produced 12
million pages.  We're making some progress here.

JUDGE HUSELL:  And you're amenable to
transfer anyway.

MR. PRICE:  We are.

JUDGE HUSELL:  So you would agree that
getting the Western District actions to the Eastern
District, and then once there, you believe the Rule
3.1 applies, you'll end up basically in front of one
judge in the Eastern District through whom you're
working all this out?

MR. PRICE:  We don't have any objection to
any of that.

JUDGE RENDELL:  Thank you very much.

Ms. White, you have one minute.

MS. WHITE:  Briefly, Your Honor, the
reason the cases have not had coordination
difficulties to date is that they have been stayed

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

15

with the exception of five cases that were pending before a single judge.

JUDGE PROCTOR:  Can I be candid with you?

MS. WHITE:  Yes, Your Honor.

JUDGE PROCTOR:  What I'm hearing is a big fight about which judge gets these.

MS. WHITE:  Your Honor, we are centralization --

JUDGE PROCTOR:  Why am I wrong on that?

MS. WHITE:  Because we would accept whichever judge, frankly any of the available judges in any of the available districts.  We believe in centralization for its own sake.  These cases were based on the same template positions.  They are cookie-cutter positions.

JUDGE HUSELL:  And everybody except for you says that they can be transferred under 1404 from the Western District to the Eastern District and then Rule 3.1.

MS. WHITE:  Did you notice, no one answered the question of how can that be accomplished in light of the text of Section 1404, which requires the affirmative consent of all parties to transfer.

JUDGE HUSELL:  If they haven't been served

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN &ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

16

we can't --

MS. WHITE:  But that's not what 1404 says. It doesn't say "to which no party objects."  It says "affirmative consent of all parties."  For reasons we can only guess at, the plaintiffs added approximately 30 forum defendants whom they have never attempted to serve, who have never appeared in the cases, and who this Panel, in serving process in this MDL, has not been able to serve.  There is no suggestion made by the plaintiffs as to how a 1404 transfer could be accomplished.

JUDGE RENDELL:  Even so, the cases as they are proceeding seem to be proceeding apace.  How would centralization help that?

MS. WHITE:  That is misleading, because only five cases have been active and they have been active before a single judge.  The difficulties which are about to come into play will be seen when the cases move into active discovery.

Let me give you an example.  Seventeen state agencies were subpoenaed for documents related to this case.  That is because a central issue in 42 cases is:  What did the State of Louisiana tell these defendants about the retroactive effect of a 1980 coastal permitting law in the three decades

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


DEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

before this lawsuit was filed?

This is the first lawsuit that has ever been filed under that 1980 coastal permitting statute.  We have subpoenaed 17 state agencies for their historical position on the retroactivity of that 1980 coastal permitting law.  The state agencies took the position that their documents would be made available for inspection.  They were made available only to the named defendants in the five cases where that discovery was served.

Even if the cases were between the Western and Eastern Districts, Your Honor, that discovery would have to be repeated.  So the other hundreds of counsel who never had the opportunity to inspect those documents would have to go through 17 different state agencies, office by office, as a group of us did, and search for the documents that they believe are relevant.

JUDGE RENDELL:  I'm not sure we can say centralization is going to make that any better, but we've heard your argument.  Thank you very much.

MS. WHITE:  Thank you, Your Honor.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

UNITED STATES OF AMERICA

STATE OF NEW MEXICO


REPORTER'S CERTIFICATE

I, Mary Abernathy Seal, RDR, CRR, CCR, do hereby certify that the foregoing pages constitute a true transcript of proceedings had before the said Court held in the City of Santa Fe, New Mexico, in the matter therein stated.

In testimony whereof, I have hereunto set my hand on this 31st day of July, 2018.


_____
Mary Abernathy Seal, RDR, CRR, CCR
BEAN & ASSOCIATES, INC.
NM Certified Court Reporter #69
License expires:  12/31/18


Date taken:  July 26, 2018



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com