**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**PARISH OF JEFFERSON**                          **CIVIL ACTION**

**VERSUS**                                       **CASE NO. 18-5257**

**EXXON MOBIL CORPORATION, et al.**              **SECTION: "G" (5)**

## ORDER

After consultation with the members of the Court concerning the preliminary management of the actions brought by Jefferson and Plaquemines Parishes under the State and Local Coastal Resources Management Act of 1978, the Court enters the following order:

The Court's consideration of the motion to remand in this proceeding is deferred pending a decision by Judge Feldman on identical issues presented in the motions to remand that are before him. Discovery and all other pretrial proceedings in this matter are stayed pending resolution of the remand motion.

**NEW ORLEANS, LOUISIANA**, this 29th day of August, 2018.

**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**