UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JEFFERSON PARISH** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-5257** |
| **EXXON MOBIL CORPORATION, ET AL.** | **SECTION: "G"(5)** |

## ORDER

Before the Court is Defendants', Chevron U.S.A. Inc. and Chevron U.S.A. Holdings Inc. (collectively "Chevron"), "Motion to Withdraw as Counsel of Record."[1] Chevron requests the withdrawal of Shannon A. Shelton with the consent of Michael Phillips, Alexandra White, Brett Fenasci, Claire Juneau, Charles McCowan III, Eric Mayer, and Pamela Mascari, who will remain as counsel in the case.[2]

Accordingly,

**IT IS ORDERED** that the Motion to Withdraw as Counsel of Record is **GRANTED.**

NEW ORLEANS, LOUISIANA, this 14th day of September, 2018.

NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT JUDGE

---

[1] Rec. Doc. 39.

[2] *Id.* at 1.