UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JEFFERSON PARISH** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-5257** |
| **EXXON MOBIL CORPORATION et al.** | **SECTION: "G"** |

## ORDER

Considering Defendant CenterPoint Energy Houston Electric, LLC's ("Defendant") Motion to Substitute Counsel,[1]

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and that Kyle Schonekas (La. Bar No. 11817) and Maria Marks (La. Bar No. 23208) of Schonekas, Evans, McGoey & McEachin, LLC are hereby enrolled as counsel of record for Defendant.

**IT IS FURTHER ORDERED** that Mandie Landry is withdrawn as counsel of record for Defendant.

**NEW ORLEANS, LOUISIANA**, this 26th day of October, 2021.

_____
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] Rec. Doc. 44.

1