UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
(NEW ORLEANS DIVISION)

| | | |
|---|---|---|
| **THE PARISH OF JEFFERSON,** | * | **CIVIL ACTION NO. 2:18-CV-05257** |
| | * | |
| Plaintiff, | * | **JUDGE NANNETTE JOLIVETTE BROWN** |
| | * | |
| versus | * | **MAGISTRATE JUDGE MICHAEL NORTH** |
| | * | |
| **EXXONMOBIL CORPORATION, et al.,** | * | **SECTION "G"** |
| Defendants. | | |

### Notice of Supplemental Authority and Proposed Briefing Schedule

Further to Plaintiffs' notice of December 12, 2022, the mandate issue date for the Fifth Circuit's unpublished opinion in *Plaquemines Parish et al. v. Chevron USA, Inc. et al.*, No. 22-30055, was December 15, 2022. Defendants-Appellants in *Plaquemines Parish* will file a timely petition for a writ of certiorari from the U.S. Supreme Court seeking review of that decision. Thus, this Court may wish to defer consideration of Plaintiffs' motion for remand until that petition is resolved.

If the Court is not inclined to hold this case in abeyance pending the Supreme Court's resolution of Defendants-Appellants' forthcoming petition for a writ of certiorari in *Plaquemines Parish*, Defendants respectfully request an opportunity to submit briefing and evidence in support of removal, given that Defendants have not yet had an opportunity to oppose Plaintiffs' motion to remand in this case. Defendants propose to file their briefing and evidence supporting federal-officer jurisdiction by no later than January 19, 2023, with any response filed by Plaintiffs by no later than February 16, 2023.

Dated: December 19, 2022

Respectfully submitted:

*/s/ Alexandra White*
Alexandra White (#29478)
lwhite@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
Eric J. Mayer (#14184)
emayer@susmangodfrey.com
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

**KEAN MILLER LLP**
Charles S. McCowan III (#19699)
trey.mccowan@keanmiller.com
Pamela R. Mascari (#25162)
pam.mascari@keanmiller.com
II City Plaza
400 Convention St., Suite 700
Post Office Box 3513 (70821)
Baton Rouge, Louisiana 70802
Telephone: (225) 387-0999
Facsimile: (225) 388-9133

-and-

**KEAN MILLER LLP**
Michael R. Phillips (#21020)
mike.phillips@keanmiller.com
Claire E. Juneau (#33209)
claire.juneau@keanmiller.com
Brett P. Fenasci (#29858)
brett.fenasci@keanmiller.com
909 Poydras, Suite 3600
New Orleans, LA 70112
Telephone: (504) 585-3050
Facsimile: (504) 585-3951

***Attorneys for Defendants Chevron U.S.A. Inc. and Chevron U.S.A. Holdings Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2022 a copy of the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

*/s/ Alexandra White*
Alexandra White
