UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE PARISH OF JEFFERSON | CIVIL ACTION |
| VERSUS | NO. 18-5257 |
| EXXON MOBILE CORP., et al. | SECTION: "G"(5) |

## ORDER

Considering the parties' joint motion to reopen the case[1] following the Fifth Circuit's mandate in *Plaquemines Parish v. Riverwood Production Co.*,[2]

**IT IS HEREBY ORDERED** that the stay in this case is lifted, and the matter is restored to the Court's trial docket.

**IT IS FURTHER ORDERED** that the pending motions for remand shall be briefed in accordance with the schedule enumerated in the parties' motion.[3]

**NEW ORLEANS, LOUISIANA,** this __28th__ day of December, 2022.

*[signature]*
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] Rec. Doc. 48.

[2] *See* Case No. 22-30055 (5th Cir. Dec. 15, 2022), Rec. Doc. 516510840.

[3] Rec. Doc. 48 at 2.

1