**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JEFFERSON PARISH** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-5257** |
| **EXXON MOBIL CORPORATION, ET AL.** | **SECTION: "G"(5)** |

**ORDER**

  Considering Intervenor-Plaintiff Louisiana State's ("Louisiana State") Motion to Withdraw Wilbur L. Stiles, III, as Counsel of Record,[1]

  **IT IS HEREBY ORDERED** that the Motion is **GRANTED** and that Wilbur L. Stiles, III, is withdrawn as counsel of record for Louisiana State. Ryan M. Seidemann remains enrolled as Louisiana State's counsel of record.

  **NEW ORLEANS, LOUISIANA**, this <u>30th</u> day of December, 2022.

_____
**NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT**

---

[1] Rec. Doc. 50.