**UNITED STATE DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **THE PARISH OF JEFFERSON,** | * | **CIVIL ACTION NO. 2:18-cv-05257-NJB-EJD** |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **versus** | * | **JUDGE NANETTE JOLIVETTE BROWN** |
| | * | |
| **EXXON MOBIL CORPORATION et al.,** | * | |
| | * | **MAGISTRATE JUDGE EVA J. DOSSIER** |
| **Defendants.** | * | |
| | * | |

**UNOPPOSED MOTION TO DISMISS**

NOW INTO COURT, through undersigned counsel, comes Defendant, The Louisiana Land and Exploration Company LLC ("LL&E"), who moves to dismiss with prejudice all claims asserted in the litigation by Plaintiff, The Parish of Jefferson, and Intervenors, the State of Louisiana, ex rel. Liz Murrill, Attorney General and the Louisiana Department of Conservation and Energy against LL&E with each party to bear its own costs, reserving unto Plaintiff and Intervenors all claims and causes of action against any other defendant, person, or entity not specifically dismissed herein.  Plaintiff and Intervenors have no objection to the filing of the instant motion given their effectuated settlement with LL&E.

WHEREFORE, LL&E prays for the relief set forth herein.


Dated: August 3, 2026

Respectfully submitted:

*/s/ Michele H. DeShazo*
Michele H. DeShazo (#29893)
THE LAW OFFICE OF MICHELE H. DESHAZO, LLC
612 South Jefferson Ave.
Covington, LA 70433
Tel: 985-801-9675
Email: *mdeshazo@deshazolegal.com*

And

Michael J. Mazzone (LA Bar No. 36572)
HAYNES AND BOONE, LLP
1221 McKinney, Suite 4000
Houston, Texas 77010
Tel: 713-547-2115
Fax: 713-236-5662
Email: *michael.mazzone@haynesboone.com*

**Attorneys for Defendant, The Louisiana Land and Exploration Company LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served on all counsel of record by electronic mail and/or U.S. Mail, postage prepaid and properly addressed, this 3rd day of August, 2026.

*/s/ Michele H. DeShazo*
Michele H. DeShazo

2