**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JEFFERSON PARISH** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-5257** |
| **EXXON MOBIL CORPORATION, et al.** | **SECTION: "G"(3)** |

**ORDER**

Considering Defendant Exxon Mobil Corporation's ("Defendant") Unopposed Motion to Dismiss,[1] this matter is reopened for the limited purpose of accepting this motion and entering this order.

Accordingly,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. All claims raised in the above captioned matter by Plaintiff The Parish of Jefferson, and Intervenors, the State of Louisiana, *ex rel.* Liz Murrill, Attorney General and the Louisiana Department of Conservation and Energy against Defendant are **DISMISSED WITH PREJUDICE,** with each party to bear its own costs.

**IT IS FURTHER ORDERED** that the stay of all other claims in this matter remains in effect.

**NEW ORLEANS, LOUISIANA** this 18th day of August, 2026.

Nannette Jolivette Brown

**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**

[1] Rec. Doc. 80.